```
                          United States Bankruptcy Court
                               District of Arizona
In re:                                                      Case No. 19-03072-EPB
Gary Stephen Von Lutzow                                     Chapter 7
Chastity Lee Von Lutzow
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0970-2        User: dominquez              Page 1 of 1          Date Rcvd: Mar 29, 2019
                            Form ID: 309A                Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
```
db/jdb       +Gary Stephen Von Lutzow,    Chastity Lee Von Lutzow,    4104 E. Reins Road,
               Gilbert, AZ 85297-9512
15499666     +CF CAPITAL FINANCE INC.,    PO BOX 580,   MESA AZ 85211-0580
15499668      FINGERHUT,    PO BOX 70281,    PHILADELPHIA PA 19176-0281
15499671      GENESIS FS CARD SERVICES,    PO BOX 23039,    COLUMBUS GA 31902-3039
15499672      MATRIX,   PO BOX 6812,    CAROL STREAM IL 60197-6812
15499674     +SAN TAN SURGERY CENTER,    1704 E. BOSTON STREET,    GILBERT AZ 85295-6224
15499676      SURGE,   PO BOX 6812,    CAROL STREAM IL 60197-6812
15499677      TOTAL VISA,   PO BOX 5220,    SIOUX FALLS SD 57117-5220
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: robert@larsonlawaz.com Mar 30 2019 01:36:31      ROBERT LARSON,
               LARSON LAW OFFICE PLLC,   3707 E SOUTHERN AVE,    MESA, AZ   85206
tr            EDI: FRWBROWN.COM Mar 30 2019 05:08:00      ROGER W. BROWN,   P.O. BOX 32967,
               PHOENIX, AZ   85064-2967
smg           EDI: AZDEPREV.COM Mar 30 2019 05:08:00      AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,    PHOENIX, AZ   85007-2650
15499664      EDI: GMACFS.COM Mar 30 2019 05:08:00      ALLY,   PO BOX 78234,   PHOENIX AZ 85062-8234
15499665      EDI: CAPITALONE.COM Mar 30 2019 05:08:00      CAPITAL ONE,   PO BOX 30281,
               SALT LAKE CITY UT 84130-0281
15499667     +E-mail/Text: CCICollectionsGlobalForms@cox.com Mar 30 2019 01:38:43      COX COMMUNICATIONS,
               P.O. BOX 78071,   PHOENIX AZ 85062-8071
15499669      EDI: TCISOLUTIONS.COM Mar 30 2019 05:08:00      FIRST ACCESS,   PO BOX 5220,
               SIOUX FALLS SD 57117-5220
15499670      EDI: AMINFOFP.COM Mar 30 2019 05:08:00      FIRST PREMIER BANK,   P.O. BOX 5529,
               SIOUX FALLS SD 57117-5529
15499673      EDI: MERRICKBANK.COM Mar 30 2019 05:08:00      MERRICK BANK,   PO BOX 660702,
               DALLAS TX 75266-0702
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15499675      SPRINT,   PO BOX 4181,   NE 69197-4181
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
          ROBERT   LARSON    on behalf of Joint Debtor Chastity Lee Von Lutzow robert@larsonlawaz.com,
              rlarson8674@gmail.com
          ROBERT   LARSON    on behalf of Debtor Gary Stephen Von Lutzow robert@larsonlawaz.com,
              rlarson8674@gmail.com
          ROGER W. BROWN    rogerbrowntrustee@live.com,   rwb@trustesolutions.net,rrwwbb@hotmail.com
          U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 4
```

| | | Social Security number or ITIN | xxx–xx–7698 |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **Gary Stephen Von Lutzow** | | |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 | **Chastity Lee Von Lutzow** | Social Security number or ITIN | xxx–xx–3325 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **District of Arizona** | | Date case filed for chapter **7   3/20/19** | |
| Case number:   **2:19–bk–03072–EPB** | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/17

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Gary Stephen Von Lutzow | Chastity Lee Von Lutzow |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4104 E. Reins Road<br>Gilbert, AZ 85297 | 4104 E. Reins Road<br>Gilbert, AZ 85297 |
| 4. | **Debtor's attorney**<br>Name and address | ROBERT LARSON<br>LARSON LAW OFFICE PLLC<br>3707 E SOUTHERN AVE<br>MESA, AZ 85206 | Contact phone 480–459–6080<br>Email:  robert@larsonlawaz.com |
| 5. | **Bankruptcy trustee**<br>Name and address | ROGER W. BROWN<br>P.O. BOX 32967<br>PHOENIX, AZ 85064–2967 | Contact phone 602–274–4231<br>Email:  rogerbrowntrustee@live.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | **U.S. Bankruptcy Court, Arizona**<br>**230 North First Avenue, Suite 101**<br>**Phoenix, AZ 85003–1727** | Office Hours:<br>8:30 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (602) 682–4000<br>Date: 3/29/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 22, 2019 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/21/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br>Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(7)(A): **70 Days from Case Filed Date.** | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**