# Notice Recipients

District/Off: 0970−2  User: admin  Date Created: 07/01/2019
Case: 2:19−bk−03072−EPB  Form ID: 318  Total: 23

**Recipients of Notice of Electronic Filing:**
tr  ROGER W. BROWN  rogerbrowntrustee@live.com
aty  ROBERT LARSON  robert@larsonlawaz.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Gary Stephen Von Lutzow  4104 E. Reins Road  Gilbert, AZ 85297
jdb  Chastity Lee Von Lutzow  4104 E. Reins Road  Gilbert, AZ 85297
cr  CONN APPLIANCES, INC.  C/O BECKET AND LEE LLP  PO BOX 3002  MALVERN, PA 19355−0702
smg  AZ DEPARTMENT OF REVENUE  BANKRUPTCY & LITIGATION  1600 W. MONROE, 7TH FL.  PHOENIX, AZ 85007−2650
15499664  ALLY  PO BOX 78234  PHOENIX AZ 85062−8234
15499665  CAPITAL ONE  PO BOX 30281  SALT LAKE CITY UT 84130−0281
15499666  CF CAPITAL FINANCE INC.  PO BOX 580  MESA AZ 85211
15518727  CONN APPLIANCES, INC.  C/O BECKET AND LEE LLP  PO BOX 3002  MALVERN PA 19355−0702
15499956  CONN'S/SYNCHRONY BANK  PO BOX 960061  ORLANDO FL 32896−0061
15499667  COX COMMUNICATIONS  P.O. BOX 78071  PHOENIX AZ 85062
15499668  FINGERHUT  PO BOX 70281  PHILADELPHIA PA 19176−0281
15499669  FIRST ACCESS  PO BOX 5220  SIOUX FALLS SD 57117−5220
15499670  FIRST PREMIER BANK  P.O. BOX 5529  SIOUX FALLS SD 57117−5529
15499671  GENESIS FS CARD SERVICES  PO BOX 23039  COLUMBUS GA 31902−3039
15499672  MATRIX  PO BOX 6812  CAROL STREAM IL 60197−6812
15499673  MERRICK BANK  PO BOX 660702  DALLAS TX 75266−0702
15499955  MILESTONE  PO BOX 4477  BEAVERTON OR 97076−4477
15499674  SAN TAN SURGERY CENTER  1704 E. BOSTON STREET  GILBERT AZ 85295−6223
15499675  SPRINT  PO BOX 4181  NE 69197−4181
15499676  SURGE  PO BOX 6812  CAROL STREAM IL 60197−6812
15499677  TOTAL VISA  PO BOX 5220  SIOUX FALLS SD 57117−5220

TOTAL: 21